## MOTION DOCKET

**92–2605.** Marks v. Univ. of Cincinnati. *Hamilton County*, No. C–910908. On motion to waive collection of court costs. Motion granted.

Douglas, J., would waive the collection only of Supreme Court costs.

Moyer, C.J., dissents.

**93–1076.** State ex rel. Beatrice Foods v. Indus. Comm. *Franklin County*, No. 91AP–1116. On request for oral argument. Request denied.

**93–1077.** State ex rel. Wiers Farm Co. v. Indus. Comm. *Franklin County*, No. 92AP–391. On request for oral argument. Request denied.

**93–1118.** State ex rel. May v. Hendon. *Hamilton County*, No. C–920381. On motion for *pro se* damages, litigation expenses and attorney fees. Motion denied.

**93–1367.** Ede v. Atrium South OB–GYN, Inc. *Stark County*, No. CA–9041. On motion for leave to respond to *amicus* brief. Motion granted.

F.E. Sweeney, J., dissents.

**93–1616.** Zoppo v. Homestead Ins. Co. *Cuyahoga County*, No. 62926. On motions for leave to file *amicus* of State Farm Insurance Company and Ohio Insurance Institute. Motions granted.

**93–1864.** Herald v. Hood. *Summit County*, No. 15986. On motion for leave to file *amicus* of NOW Legal Defense and Education Fund. Motion granted.

**93–1867.** State ex rel. Hipp v. N. Canton. *Stark County*, No. CA–9374. On request for oral argument. Request denied.

**93–2263.** Hicks v. Consol. Rail Corp. *Clermont County*, No. CA93–03–018. On motions for leave to file *amicus* of Ohio Academy of Trial Lawyers and Ohio Attorney General. Motions granted.

**93–2490.** State v. Clark. *Franklin County*, No. 93AP–193. On motion to dismiss. Motion denied.

**94–268.** State v. Osting. *Allen County*, No. 1–93–55. On motion for leave to file memorandum in support instanter. Motion granted.

Moyer, C.J., and Wright, J., dissent.

**94–374.** State v. Oliver. *Licking County*, No. 92–CA–81. On motion for leave to amend, to consolidate, for leave to supplement memorandum in support, and for leave to amend notice of delayed appeal. Motions granted.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

**94–449.** Zingale v. Biscotti. *Cuyahoga County*, No. 63860. On motion for leave to file *amicus* of Disciplinary Counsel. Motion granted.

Moyer, C.J., dissents.

**94–452.** Lewis v. New Albany. *Franklin County*, No. 93APE081208. On motion for leave to file *amicus* of Fraternal Order of Police of Ohio, Inc. Motion granted.

Moyer, C.J., dissents.

**94–500.** State v. Latimore. *Ashland County*, No. CA–1032. On motion for leave to exceed page limit and on motion to overrule memorandum in support. Motions denied.

**94–517.** Simpson v. Big Bear Stores Co. *Franklin County*, No. 93AP–852. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

Moyer, C.J., and Wright, J., dissent.